FILED

JAN 1 0 2008

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY MB                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR-0098-BTM |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| GARY LYNN ASTLEFORD, | |
| Defendant. | |

The United States Attorney charges:

On or about December 2, 2007, within the Southern District of California, defendant GARY LYNN ASTLEFORD, did knowingly and intentionally import approximately 18.55 kilograms (40.81 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/10/08.

KAREN P. HEWITT
United States Attorney

*signature*
CAROLINE P. HAN
Assistant U.S. Attorney

CPH:drh:San Diego
12/26/07